IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONOVAN HENDERSON                                                                                          PLAINTIFF
ADC #104041

V.                                            NO. 4:20-cv-00026-BRW-ERE

WILLIAM BENTON, *et al.*                                                                                DEFENDANTS

## ORDER

I have reviewed the Recommended Disposition[1] submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommended Disposition in all respects. The Medical Defendants' motion for summary judgment[2] is GRANTED. Mr. Henderson's motion for summary judgment[3] is DENIED. Mr. Henderson's remaining claims[4] are DISMISSED, with prejudice.

IT IS SO ORDERED this 7th day of September, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 84.

[2] Doc. No. 71.

[3] Doc. No. 78.

[4] The Court previously dismissed Mr. Henderson's claims against Defendant Griffin based on his failure to exhaust his administrative remedies and allowed him to proceed only on his claim that the Medical Defendants failed to transfer him from the Maximum Security Unit to a medical facility. Doc. No. 45.