# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DONOVAN HENDERSON**                                                                      **PLAINTIFF**
**ADC #104041**

**V.**                                     **NO. 4:20-cv-00026-BRW-ERE**

**WILLIAM BENTON,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 7th day of September, 2021.


                                                                    Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE